IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

  v.

                                         08-cr-178-bbc

JOSHUA D. JOHNSON,

                Defendant.

_____

On February 24, 2009, this court held an *ex parte* hearing in place of the scheduled preliminary pretrial conference. Defendant Joshua Johnson wanted a new attorney; current counsel did not oppose the request, opining that the relationship probably had broken down irrevocably. I granted Johnson's request but warned him that he would have to work extra hard to get along with his new attorney. The current schedule is stricken. A new schedule will be set in consultation with counsel once Johnson has a new attorney.

Entered this 25th day of February, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge