IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                                                                                           EX PARTE
                                    Plaintiff,                              ORDER

    v.

                                                                                        08-cr-178-bbc

JOSHUA D. JOHNSON,

                                  Defendant.

_____

On June 2, 2008, defendant Joshua Johnson moved *ex parte* for an order directing the Dane County Jail to provide the defense team with a photo spread that includes Joshua Johnson, d.o.b. 09/29/1984. Johnson reports that the jail used to provide these lineups on request, but now will do so upon court order.

Based on this representation, it is ORDERED that the Dane County Jail shall provide to defendant's investigator in this case (William Garrott) a six-prisoner photo spread that includes Joshua Johnson, d.o.b. 09/29/1984. The jail may charge a reasonable preparation fee if this is customary.

Entered this 2nd day of June, 2009.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge