IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) ) ) |
| v. | ) Case No. 08-CR-178 ) |
| JOSHUA D. JOHNSON, | ) ) ) |
| Defendant. | ) ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charge of knowingly and intentionally possessing with intent to distribute a mixture or substance containing cocaine base (crack cocaine), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), against defendant Joshua D. Johnson. Johnson will be entering a guilty plea in Dane County Wisconsin Circuit Court to the same offense conduct.

Dated this __23rd__ day of July 2009.

Respectfully submitted,

STEPHEN P. SINNOTT
Acting United States Attorney

By:      /s/

JOHN W. VAUDREUIL
Assistant U. S. Attorney
Chief of Criminal Division

2

Leave of court is granted for the filing of the foregoing dismissal.

                                                   /s/ Barbara B. Crabb
                                                   ~~LYNN S. ADELMAN~~
                                                   United States District Judge

Dated: July 24, 2009